IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART SHERK,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COUNTRYWIDE HOME LOANS, INC.,** *et al.* | : | **NO. 08-5969** |

## ORDER

**AND NOW**, this 5th day of August, 2009, upon consideration of the Motion of Defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., HSBC Bank USA, N.A., and Alt-A Securities Mortgage Loan Trust To Dismiss Plaintiffs' Second Amended Complaint (Document No. 44); Defendants Theresa Sirianni, Vince Sirianni and Bi-Weekly Mortgage Corporation's Renewed Motion To Dismiss Pursuant To Rule 12(b)(6) (Document No. 45); Defendant Gambone Construction Co.'s Motion To Dismiss Plaintiffs' Second Amended Complaint Pursuant to Rule 12(b)(6) *Nunc Pro Tunc* (Document No. 57); the plaintiffs responses in opposition (Document Nos. 46, 48, 62); and after oral argument, it is **ORDERED** that the motions are **GRANTED**, and this action is **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.